# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 25, 2022

## NO. 03-20-00384-CV

**Michael V. Wright and Phyllis F. Wright, Appellants**

**v.**

**State Farm Lloyds, Appellee**

### APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES BAKER, SMITH, JONES
### AFFIRMED -- OPINION BY JUSTICE JONES

This is an appeal from the judgment signed by the trial court on July 16, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.